NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1090

RANDY JAMES THERIOT AND LISA THERIOT

VERSUS

RHONDA JEAN HERNANDEZ AND RAMSEY THERIOT

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 95,674
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

**********

PER CURIUM

**********

Court composed of Arthur J. Planchard, Judge Pro Tempore, Billie Colombaro Woodard, and Elizabeth A. Pickett, Judges.

APPEAL DISMISSED.

R. Michael Moity Jr.
Attorney at Law
114 W. Washington St.
New Iberia, LA 70560
(337) 367-7727
Counsel for: Defendant Appellant
Randy James Theriot

Alicia Johnson Butler
P.O. Box 9097
New Iberia, LA 70562
Counsel for: Plaintiff-Appellee
    Rhonda Jean Hernandez

PER CURIUM

For the reasons set forth in the companion case hereto, Hernandez v. Theriot, 03-1088 (La.App. 3 Cir. ___/___/04), ___ So.2d ___, this appeal is dismissed at Appellant's cost.

APPEAL DISMISSED.